**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION**

| | | |
|---|---|---|
| **ERICA LAW,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **AUTOZONE STORES, INC., and** | ) | **Case No.: 4:09-cv-00017** |
| **LOUIS GIBSON,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEFENDANT AUTOZONE STORES, INC.'S MOTION TO DISMISS

Defendant AutoZone Stores, Inc. ("AutoZone") hereby moves to dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for the reasons set forth in its accompanying memorandum.

Respectfully Submitted,

AUTOZONE STORES, INC.

By: /s/ Paul G. Klockenbrink
Of Counsel

Paul G. Klockenbrink (VSB No. 33032)
Leigh R. Strelka (VSB No. 73355)
GENTRY LOCKE RAKES & MOORE LLP
800 SunTrust Plaza
P.O. Box 40013
Roanoke, Virginia 24022-0013
Tele: (540) 983-9300
Fax: (540) 983-9400
E-mail: paul_klockenbrink@gentrylocke.com
E-mail: leigh_strelka@gentrylocke.com

**and**

NEW/NEW/3115908v1

Lisa A. Krupicka, Esq.   *(Motion for Admission Pro Hac Vice forthcoming)*
Jennifer S. Hagerman, Esq.   *(Motion for Admission Pro Hac Vice forthcoming)*
BURCH, PORTER & JOHNSON, PLLC
130 N. Court Avenue
Memphis, Tennessee 38103
Tele: (901) 524-5000 (direct dial)
Fax:  (901) 524-5024 (facsimile)
E-mail:  lkrupicka@bpjlaw.com
E-mail:  jhagerman@bpjlaw.com
   *Counsel for Defendant AutoZone Stores, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2009, a true and correct copy

of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF

system, which will send notification of such filing to the following:

Henry L. Marsh, III
Frederick H. Marsh
Hill, Tucker & Marsh, P.L.L.C.
422 E. Franklin Street, Suite 301
Richmond, VA  23219-2226
Phone: (804) 648-9073
Facsimile: (804) 648-2116
E-mail: htm@htm-law.com
*Counsel for Plaintiff*

By:/s/ Paul G. Klockenbrink
Paul G. Klockenbrink (VSB No. 33032)
GENTRY LOCKE RAKES & MOORE LLP
800 SunTrust Plaza
P.O. Box 40013
Roanoke, Virginia 24022-0013
Phone: (540) 983-9300
Fax: (540) 983-9400
Email: paul_klockenbrink@gentrylocke.com
*Counsel for Defendant AutoZone Stores, Inc.*

NEW/NEW/3115908v1