IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| ERICA LAW, | ) | |
|---|---|---|
| | ) | Case No. 4:09CV00017 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AUTOZONE STORES, INC., et al., | ) | |
| | ) | By: Jackson L. Kiser |
| Defendants. | ) | Senior United States District Judge |
| | ) | |

Before me is Defendant AutoZone Stores, Inc.'s Motion to Dismiss. The Motion has been thoroughly briefed by all parties, and I heard oral argument on November 23, 2009. This matter is now ripe for decision. For the reasons stated in the accompanying Memorandum Opinion, AutoZone's Motion to Dismiss is hereby **GRANTED** with respect to Plaintiff's claims for retaliation under Title VII, disability discrimination and retaliation under the Americans with Disabilities Act, and intentional infliction of emotional distress. The Motion is **DENIED** with respect to the claim of racial discrimination under Title VII.

The Clerk of the Court hereby is directed to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.             .

Entered this 25th day of November, 2009.

s/Jackson L. Kiser<br>
Senior United States District Judge